### 15425.  HUMBERT *v.* THE STATE.

LUKE, J. The evidence raised a strong suspicion of the defendant's guilt, but was not sufficient to authorize the conviction. It was therefore error to overrule and deny the certiorari.

· *Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MAY 13, 1924.

Certiorari; from Chatham superior court—Judge Meldrim. January 8, 1924.

Humbert was convicted under section 359 of the Penal Code (1910), it being charged that he and others assembled for the purpose of disturbing the public peace, and did not disperse on being commanded to do so by the sheriff.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.